# Court of Appeals
# of the State of Georgia

ATLANTA, May 20, 2019

*The Court of Appeals hereby passes the following order*

## A19D0439. HEATHER WRYE v. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2016SCV0386



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 20, 2019.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*